IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GARY SCHWAM, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No. 3:12-cv-386 |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; MONTEREY FINANCIAL SERVICES, INC., | ) ) ) ) ) ) |
|     Defendants. | ) |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S CONSENT
TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

Defendant Equifax Information Services LLC, pursuant to Fed. R. Civ. P. 73, hereby files its Consent to Proceed Before a United States Magistrate Judge and states as follows:

Equifax Information Services, LLC hereby consents to proceed before a magistrate judge in this case.

This 14th day of August, 2012.

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Inc.
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email jmontgomery@jwm-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Kristi Cahoon Kelly, Esq. (VSB #72791)
Andrew J. Guzzo, Esq. (VSB #82170)
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Phone:703-277-9774
Fax: 703-591-9285
Email: kkelly@siplfirm.com
Email: aguzzo@siplfirm.com

Leonard Anthony Bennett, Esq. (VSB #37523)
Susan M. Rotkis, Esq. (VSB #40693)
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com
Email: srotkis@clalegal.com

Maurice Francis Mullins
Spotts Fain PC
411 E Franklin St
Suite 600
PO Box 1555
Richmond, VA 23218-1555
(804) 697-2069
(804) 697-2169 (fax)
cmullins@spottsfain.com

Robert Jackson Allen
Spotts Fain PC
411 E Franklin St
Suite 600
Richmond, VA 23219
804-697-2087
804-697-2187 (fax)
rallen@spottsfain.com

Michael Robert Ward (VSB #41133)
Morris & Morris, PC
11 South 12th Street, 5th Floor
PO Box 30
Richmond, VA 23218
Phone: (804) 344-8300
Fax: (804) 344-8359
Email: mward@morrismorris.com

David N. Anthony, Esq. (VSB #31696)
Troutman Sanders, LLP
1001 Haxall Point
Richmond, VA 23219
Phone: (804) 697-5410
Fax: (804) 698-5118
Email: david.anthony@troutmansanders.com

/s/
John W. Montgomery, Jr.
Virginia State Bar No. 37149
Counsel for Equifax Inc.
Montgomery & Simpson, LLLP
2116 Dabney Road, Suite A-1
Richmond, VA 23230
Telephone (804) 355-8744
Facsimile (804) 355-8748
Email jmontgomery@jwm-law.com