IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GARY SCHWAM,

    Plaintiff,

v.                                                              Civil Action No: 3:12-cv-386

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC., EQUIFAX INFORMATION
SERVICES, LLC., and MONTEREY FINANCIAL
SERVICES, INC.

    Defendants.

## DISMISSAL ORDER

THIS DAY CAME the Plaintiffs, GARY SCHWAM, and the Defendant TRANS UNION, LLC. by counsel, and hereby moves the Court to dismiss with prejudice all claims against *TRANS UNION, LLC.* in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is ORDERED, ADJUDGED, and DECREED that the Complaint *only as to Defendant, TRANS UNION, LLC.*, is hereby DISMISSED with prejudice.

Let the Clerk of the Court send copies of this Order to all counsel of record.

Entered this 27 day of September, 2012.

/s/
David J. Novak
United States Magistrate Judge
JUDGE

-2-

WE ASK FOR THIS:

_____
Leonard A. Bennett, Esquire
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
E-mail: lenbennett@clalegal.com

*Counsel for Plaintiffs*

_____
Michael Robert Ward
Morris & Morris, PC
11 South 12th Street
5th Floor
P.O. Box 30
Richmond, VA 23218
E-mail: mward@morrismorris.com

*Counsel for Trans Union, LLC*